ACCEPTED
01-15-00013-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 8:57:43 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00013-CR

| | | |
|---|---|---|
| **MARLON ONEIKE GREEN** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **V.** | § | **FIRST JUDICIAL DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 8:57:43 AM
CHRISTOPHER A. PRINE
Clerk

### CERTIFICATE OF COUNSEL

In compliance with the requirements of *Anders v. California*, 386 U.S. 378 (1967), I, Hattie Sewell Shannon, court-appointed counsel for appellant, Marlon Oneike Green, in the above-referenced appeal, do hereby verify, in writing to the Court that I have:

1. notified appellant that I filed a motion to withdraw as counsel with an accompanying Anders brief, and provided a copy of each to appellant;

2. informed appellant of his right to file a pro se response identifying what he believes to be meritorious grounds to be raised in his appeal, should he so desire;

3. advise appellant of his right to review the appellate records, should he wish to do so, preparatory to filing the response;

4. explained the process for obtaining the appellate record, provided a *Motion for Pro Se Access to the Appellate Record* lacking only appellant's signature and the date, and provided the mailing address for this Court; and

5. informed appellant of his right to seek discretionary review pro se should this Court declare his appeal frivolous.

Respectfully submitted,

*Hattie Sewell Shannon*

Hattie Sewell Shannon